1  JUSTIN X. WANG (CSB #166183)
   **BAUGHMAN & WANG**
2  111 Pine Street, Suite 1350
   San Francisco, California 94111
3  Telephone: (415) 576-9923
   Facsimile: (415) 576-9929
4
   Attorney for Plaintiff
5  Huizhen CHEN

6                    **UNITED STATES DISTRICT COURT**

7                  **NORTHERN DISTRICT OF CALIFORNIA**

8  Huizhen CHEN                          )  Case No.:
                                         )
9                          Plaintiff     )  **COMPLAINT FOR WRIT IN THE**
                                         )  **NATURE OF MANDAMUS**
10 vs.                                   )
                                         )
11 MICHAEL CHERTOFF, Secretary of the    )
   Department of Homeland Security       )
12                                       )
                          Defendant.     )  "Immigration Case"
13 _____)

14        Plaintiff Huizhen CHEN, by and through her undersigned attorney, sues Defendant and

15 states as follows:

16 1.     This action is brought against the Defendant  to compel action on the Approved Application

17 to Adjust to Permanent Resident Status, or Form I-485, by Plaintiff Huizhen CHEN, based on her

18 asylee status, properly filed by the Plaintiff. The Approved I-485 application remains within the

19 jurisdiction of the Defendant , who has improperly withheld action on said approved application to

20 Plaintiff's detriments.

21                                  **PARTIES**

22 2.     Plaintiff Huizhen CHEN is a native and citizen of the People's Republic of China. Her

23 Form I-485, Application to Register Permanent Resident or Adjust Status, was received by the

24 U.S.C.I.S. on August 16, 2006 and was approved by the U.S.C.I.S. on May 15, 2007 (**Exhibit 1:**

25 **Approval Notice**).  Plaintiff had her fingerprint taken on April 28, 2007 (**Exhibit 2: Stamped**

26 **Fingerprint Notice**).  Plaintiff is still waiting to receive her U.S. Permanent Resident Card, or

27 Form I-551.

28 3.     Defendant Michael Chertoff is the Secretary of the Department of Homeland Security

1  (DHS), and this action is brought against him in his official capacity.  He is generally charged

2  with enforcement of the Immigration and Nationality Act, and is further authorized to delegate

3  such powers and authority to subordinate employees of the DHS  8 U.S.C. 1103(a); 8 C.F.R.  2.1.

4  **JURISDICTION**

5  4.    Jurisdiction in this case is proper under 28 USC §§1331 and 1361, 5 USC §701 *et seq.*,

6  and 28 USC §2201 *et seq.*  Relief is requested pursuant to said statutes.

7  **VENUE**

8  5.    Venue is proper in this court, pursuant to 28 USC §1391(e), in that this is an action

9  against officers and agencies of the United States in their official capacities, brought in the

10  District where the Plaintiff reside if no real property is involved in the action.

11  **EXHAUSTION OF REMEDIES**

12  6.    Plaintiff has exhausted her administrative remedies.

13  **CAUSE OF ACTION**

14  7.    Plaintiff Huizhen CHEN is a native and citizen of the People's Republic of China. Her

15  Form I-485, Application to Register Permanent Resident or Adjust Status, was received by the

16  U.S.C.I.S. on August 16, 2006 and was approved by the U.S.C.I.S. on May 15, 2007 (**Exhibit 1:**

17  **Approval Notice**).  Plaintiff had her fingerprint taken on April 28, 2007 (**Exhibit 2: Stamped**

18  **Fingerprint Notice**).  Plaintiff is still waiting to receive her Form I-551.

19  8.    The issuance of Plaintiff Huizhen CHEN's Form I-551 has now remained pending for

20  more than eight months from the date of Plaintiff's Form I-485 approval.

21  9.    Defendant's refusal to act in this case is, as a matter of law, arbitrary and not in accordance

22  with the law.  Defendant has unreasonably delayed in and has refused to issue Plaintiff's Form I-

23  551 for more than eight months from the date of the Form I-485 approval, thereby depriving

24  Plaintiff of the rights to receiving her Form I-551 and the peace of mind to which Plaintiff is

25  entitled.

26  10.    Plaintiff has been damaged by the failure of Defendant to act in accord with his duties

27  under the law.

28  (a)    Plaintiff Huizhen CHEN  has been damaged by simply being deprived of the

1    issuance of her Form I-551 for more than eight months. Plaintiff has also been

2    unable to plan any foreign travel or pursue a future course of action in the United

3    States due to the pendency of her Form I-551.

4    12.    The Defendant, in violation of the Administrative Procedures Act and Mandamus Act, 5

5    USC §701 *et seq.*, is unlawfully withholding or unreasonably delaying action on the issuance of

6    Plaintiff's Form I-551 and has failed to carry out the adjudicative functions delegated to him by

7    law with regard to Plaintiff's case.

8    <center>**PRAYER**</center>

9    13.    WHEREFORE, in view of the arguments and authority noted herein, Plaintiff

10    respectfully prays that the Defendant be cited to appear herein and that, upon due consideration,

11    the Court enter an order:

12        (a)    requiring Defendant to expeditiously issue the Form I-551 to the Plaintiff;

13        (b)    awarding Plaintiff reasonable attorney's fees under the Equal Access to Justice Act;
        and

14

15        (c)    granting such other relief at law and in equity as justice may require.

16    Dated:        January 16, 2008                Respectfully submitted,

17

18

19

20                                        Justin X. WANG, Esq.
                                        Attorney for Plaintiff

21

22

23

24

25

26

27

28

---

Case No.:
PLAINTIFFS' ORIGINAL COMPLAINT                    P:\LING\Mandamus\485 Asylum Based\CHEN Huizhen\Complaint.wpd

1
2
3

## CERTIFICATION OF INTERESTED ENTITIES OR PERSON

4        Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than

5   the named parties, there is no such interest to report.

6
7   Dated:        January 16, 2008                    Respectfully submitted,

8
9
10                                                    Justin X. WANG, Esq.
11                                                    Attorney for Plaintiff
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

---

Case No.:
PLAINTIFFS' ORIGINAL COMPLAINT                    4  \LING\Mandamus\485 Asylum Based\CHEN Huizhen\Complaint.wpd

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**LIST OF ATTACHMENTS**

*Exhibit*        *Description*

1              I-485 Approval Notice

2              Stamped Fingerprint Notice

Case No.:
PLAINTIFFS' ORIGINAL COMPLAINT                                     P:\LING\Mandamus\485 Asylum Based\CHEN Huizhen\Complaint.wpd

$Ex.1$

THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>SRC-06-247-53058 | | CASE TYPE  I485   APPLICATION TO ADJUST TO PERMANENT<br>RESIDENT STATUS |
|---|---|---|
| RECEIPT DATE<br>August 16, 2006 | PRIORITY DATE<br>August 16, 2006 | APPLICANT  A95 573 741<br>CHEN, HUIZHEN |
| NOTICE DATE<br>May 15, 2007 | PAGE<br>1 of 1 | |

| JUSTIN X. WANG<br>BAUGHMAN & WANG<br>111 PINE ST STE 1350<br>SAN FRANCISCO CA 94111 | Notice Type:  Approval Notice<br>Section: Asylee adjustment<br>COA: AS6 |
|---|---|

The above application has been approved.  Prior to receiving your permanent resident card you may be required to report
for biometrics processing (photo/fingerprint/signature).  Please do not take any action at this time.  If you are
required to report for this processing , you will receive another notice  advising you of the date, time and location to
appear.

If you have not received your permanent resident card or the above mentioned notice to appear for biometrics processing
within 90 days, please call this office at the number listed below.

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
TEXAS SERVICE CENTER
P O BOX 851488 - DEPT A
MESQUITE TX 75185-1488
Customer Service Telephone: (800) 375-5283



2962

Form I-797 (Rev. 01/31/05) N

Ex. 2

**I-797C, Notice of Action**

### United States Department of Homeland Security

**Citizenship and Immigration Service**
**Texas Service Center**
**P.O. Box 851182**
**Mesquite, TX 75185-1182**

**DATE: April 19, 2007**

Huizhen Chen                 A 95 573 741       I-485
74 Williams Ave,
San Francisco, CA 94124

The Citizenship and Immigration Service (CIS) must have a current set of fingerprints to continue processing your application. You are scheduled to be fingerprinted at the Application Support Center (ASC) location listed below.

| **ADDRESS** | **APPOINTMENT** |
|---|---|
| Application Support Center | Tuesday May 1, 2007  8:00 to 3:00 pm |
| 250 Broadway Street | |
| San Francisco, CA 94111 | |

If you do not have your fingerprints taken your application may be considered abandoned pursuant to 8 CFR 103.2(b)(13).

When you go to have your fingerprints taken, you must bring:
1) **THIS LETTER;** AND
2) **A PHOTO IDENTIFICATION,** such as passport, valid drivers license, national ID, military ID, State-issued photo ID.

If you do not bring this letter and proper identification, you will not be permitted to have your fingerprints taken. This may cause a delay in the processing of your application.

**Please disregard this notice if you have been fingerprinted or have been scheduled to be fingerprinted within the last 90 days.**

Please take note that the staff at the INS Application Support Center will not be able to answer any questions about the status of your application.

IF YOU HAVE ANY QUESTIONS ABOUT THE FINGERPRINT PROCESS, PLEASE CALL TOLL-FREE  1-800-375-5283



ASC SITE CODE:
BIOMETRICS QA REVIEW BY: _____ ON _____

TENPRINTS QA REVIEW BY: _____ ON APR 2 8 2007

Form I-797C (Rev. 08/31/04) N